YOSSOF SHARIFI – 11960
JOSHUA BARON – 11506
KYLER OVARD – 13570
**Law Offices of Sharifi & Baron**
155 North 400 West, Suite 530
Salt Lake City, UT 84103
Telephone: 801-656-1901

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARGARET BLACKBEAR, Natural guardian of R.K., Surviving Minor Child and Heir at Law of Decedent,<br>　　　　Plaintiff,<br>vs.<br>MILLARD COUNTY, and DALE JOSIE, and ROBERT DEKKER, and John Does 1-20,<br>　　　　Defendants. | **MOTION AND ORDER FOR WITHDRAWAL OF COUNSEL**<br><br>Civil No. 2:12-cv-01135-PMW<br><br>Magistrate Judge: Paul M. Warner |

Under Rule 24(c) of the Federal Rules of Civil Procedure, JOSHUA BARON, YOSSOF SHARIFI, and KYLER OVARD move this Court to order their withdrawal as counsel for Plaintiff in the above-captioned case. Representation by our firm has been terminated by the decision of Plaintiff because circumstances have changed. Plaintiff's current address is listed on the Certificate of Service accompanying this Motion. Plaintiff has been given notice of pending hearings and intends to find new counsel.

　　　　RESPECTFULLY SUBMITTED this __13__ day of __JANUARY__, 2014.

　　　　　　　　　　　　　　　　　__/s/ Joshua Baron__
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

jh

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served true and correct copies of the foregoing MOTION AND ORDER FOR WITHDRAWAL to the following:

United States District Court For the District of Utah
Efiled

Suitter Axland, PLLC
8 East Broadway, Suite 200
Salt Lake City, UT 84111

Margaret Blackbear
533 E 700 S
Salt Lake City, UT 84102


DATED this __13____ day of ___JANUARY_____, 2014.


/s/ Justin Hosman

jh