UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| MARGARET BLACKBEAR, Natural guardian of R.K., Surviving Minor Child and Heir at Law of Decedent,<br>    Plaintiff,<br>vs.<br><br>MILLARD COUNTY, and DALE JOSIE, and ROBERT DEKKER, and John Does 1-20,<br>    Defendants. | **ORDER OF DISMISSAL**<br><br>Civil No. 2:12-cv-01135-PMW<br><br>Magistrate Judge: Paul M. Warner |

Pursuant to DUCivR 77-2(a)(5) and the Stipulation of Dismissal filed by Plaintiff's counsel pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the clerk of court hereby enters a stipulated dismissal without prejudice of the above captioned case. The Defendants agree that the Plaintiff shall have one year from entry of this dismissal to extend the statute of limitations of any claims related to this action and the Plaintiff will not be prejudiced from filing such claims.

IT IS SO ORDERED.

DATED this 29th day of May, 2014.

BY THE COURT:

_(signature)_
PAUL M. WARNER
United States Magistrate Judge